UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNAFLEX INTERNATIONAL, a California corporation and GFORCE CORPORATION, a Nevada corporation dba DFX;<br><br>Plaintiff,<br><br>vs.<br><br>YAHIGH, LLC, a California Limited Liability corporation, and DOES 1-20, inclusive;<br><br>Defendant. | Case No. 8:14-cv-01752-JVS-RNB<br><br>**FINAL JUDGMENT**<br><br>JUDGE: HON. JAMES V. SELNA |

Pursuant to and for the reasons stated in this Court's Order dated March 30, 2014 (Dkt. 31), in which the Court dismissed all causes of action in Plaintiff's First Amended Complaint ("FAC"), the Court hereby enters final judgment in this matter as follows:

Judgment is hereby entered in favor of Defendant Yahigh, LLC ("Yahigh") on Plaintiff Dynaflex International ("Dynaflex") and GForce Corporation, dba DFX's ("DFX") (together "Plaintiffs") complaint.

1. Plaintiffs' first cause of action for Intentional Interference with Contractual Relation is dismissed with prejudice;

2. Plaintiffs' second cause of action for Breach of Contract is dismissed with prejudice;

3. Plaintiffs' third cause of action for Unfair Competition is dismissed with prejudice; and

4. Plaintiffs' fourth cause of action for Trademark Infringement is dismissed with prejudice.

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is granted in favor of Defendant Yahigh and against Plaintiffs, for the reasons stated above and for the reasons set forth in the Court's Order dated March 30, 2015.

2. Yahigh is the prevailing party. Costs are to be awarded to Yahigh by application to the Clerk of the Court.

3. Any request by Yahigh for attorneys' fees shall be separately considered upon a properly noticed motion, pursuant to FRCP 54, to be filed no later than 14 days after the entry of this Final Judgment.

4. The clerk is ordered to enter this Final Judgment immediately.

Dated: _May 19, 2015_

Hon. James V. Selna
United States District Court
Central District of California